```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 6, 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MARIA MENDIZABAL, individually and on behalf of others similarly situated,

                Plaintiff,            17-cv-9229 (KBF)

          -v-                   ORDER

CHANEL, INC.,

                Defendant.

------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      On Friday, February 2, 2018, the parties informed the Court that they have reached a settlement in principle. Accordingly, this action is discontinued without costs to any party and without prejudice to restore the action to this Court's calendar if such an application is made not later than **Monday, March 5, 2018**.

      Any application to reopen **must** be filed by the above date; any application to reopen filed thereafter may be denied solely on that basis.

      All other dates and deadlines in this matter are ADJOURNED.

      The Clerk of Court is directed to terminate this action.

      SO ORDERED.

Dated:     New York, New York
            February 6, 2018

                                                  _____
                                                   KATHERINE B. FORREST
                                                   United States District Judge